```
                                                                FILED
                                                         US DISTRICT COURT
                                                         DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA                    JUN 1 8 2009

                                                           OFFICE OF THE CLERK
```

| | |
|---|---|
| Lea Hills Ranch, Wheeler County, Nebraska ) | |
| Tract number 1262 PT SE1/4SE1/4, ) | |
| PT.NE1/4SE1/4, 19-21-11, 43.70A ) | |
| Tract number 1263 PT SW1/4SW1/4, ) | 8:08MJ178 |
| PT.SE1/4SW1/4, 20-21-11, 27.5A ) | |
| Tract number 1290 W1/2, W1.2SWE1.4, ) | |
| 29-21-11, 400A ) | |
| Tract number 1291 E1/2NE1/4, 30-21-11, 80A ) | |
| Tract number 1296 E1/2, 31-21-11, 320A ) | |
| Tract number 1298. W1/2W1/2, 32-21-11, 160A ) | |

## MOTION TO UNSEAL SEARCH WARRANT
## APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant and Search Warrant, so that the Plaintiff can receive a certified copy of the Application for Search Warrant and Search Warrant.

Dated this 18 day of June, 2009.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____
THOMAS J. KANGIOR, #21496
Assistant United States Attorney
1620 Dodge Street, Suite #1400
Omaha, NE 68102-1506
(402) 661-3700

### ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F.A. Gossett, III
Judge, United States Magistrate Court

DATED: 6/18/09